UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AARON STRNAD,

    Plaintiff,

v.                                                       Case No. 6:20-cv-841-Orl-37GJK

MIKE'S PEST CONTROL, INC.; and
MICHAEL A. POOLE,

    Defendants.

_____

    Plaintiff sued his former employer for failure to pay overtime wages under the Fair Labor Standards Act ("**FLSA**"). (*See* Doc. 1.) The parties moved for approval of their FLSA settlement agreement under *Lynn's Food Stores, Inc. v. United States ex rel. United States Department of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982). (Doc. 26 ("**Motion**"); Doc. 26-1 ("**Agreement**").) On referral, U.S. Magistrate Judge Gregory J. Kelly recommends granting the Motion in part and approving the Agreement, finding it fair and reasonable. (Doc. 27 ("**R&R**").) But Judge Kelly recommends the Court decline to retain jurisdiction over the claims, as requested. (*Id.* at 6.)

    The parties do not object to the R&R (Doc. 28), so the Court has examined it only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is adopted in its entirety.

It is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 27) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. The parties' Amended Joint Motion for Court Approval of FLSA Settlement (Doc. 26) is **GRANTED IN PART AND DENIED IN PART**:

    a. The parties' Settlement Agreement as to FLSA Claims (Doc. 26-1) is **APPROVED**;

    b. In all other respects, the Motion is **DENIED.**

3. This case is **DISMISSED WITH PREJUDICE.**

4. The Clerk is **DIRECTED** to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 14, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:

Counsel of Record